# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151973 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KENDALL DONALDSON,
　　　　Defendant-Appellant.
_____/

SC: 151973
COA: 325139
Wayne CC:　02-013450-FC
　　　　　　　03-000437-FC

　　　On order of the Court, the application for leave to appeal the June 22, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.



a0829

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016



Clerk